339

(No. 6401— )

SMITH-CORONA MARCHANT, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF BUSINESS AND ECONOMIC DEVELOPMENT, Respondent.

*Opinion filed February 17, 1972.*

SMITH-CORONA MARCHANT, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PERLIN, C.J.

(No. 6409— )

OLSHAW'S INTERIOR SERVICE, Claimant, *vs.* STATE OF ILLINOIS, INDUSTRIAL COMMISSION, Respondent.

*Opinion filed February 17, 1972.*

OLSHAW'S INTERIOR SERVICE, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PERLIN, C.J.